UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GEORGE WOODS,
  a/k/a "P,"
DANTE R. MCDONALD,
  a/k/a "Buck,"
CARLOS J. GARZA,
  a/k/a "Los,"



DARIUS D. JARRETT,
  a/k/a "Debo,"
  a/k/a "D-Bo,"



and
KAELA J. BUCHLI,

        Defendants.

Case No.: 24-CR-229

[21 U.S.C. §§ 846, 841(a)(1),
841(b)(1)(A), 841(b)(1)(B), 841(b)(1)(C), &
841(b)(1)(D); 18 U.S.C. §§ 922(g)(1),
924(a)(8), 924(c), 1956(a)(2)(A), 1956(h), &
2(a)]

[SEALED]

## SUPERSEDING INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. Beginning in or about January 2020, and continuing until on or about the date of

this Superseding Indictment, in the State and Eastern District of Wisconsin and elsewhere,

GEORGE WOODS,<br>
a/k/a "P,"<br>
DANTE R. MCDONALD,<br>
a/k/a "Buck,"<br>
CARLOS J. GARZA,<br>
a/k/a "Los,"<br>

██████████<br>

DARIUS D. JARRETT,<br>
a/k/a "Debo,"<br>
a/k/a "D-Bo,"<br>

██████████ and<br>
KAELA J. BUCHLI

knowingly and intentionally conspired with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

2. With respect to defendants GEORGE WOODS, a/k/a "P," DANTE R. MCDONALD, a/k/a "Buck," CARLOS J. GARZA, a/k/a "Los," ███████ DARIUS D. JARRETT, a/k/a "Debo," a/k/a "D-Bo," ███████ and ███████ the amount of controlled substances involved in the conspiracy attributable to each defendant as a result of his or her own conduct, and the conduct of other conspirators reasonably foreseeable to him or her, includes 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

3. With respect to defendants GEORGE WOODS, a/k/a "P," DANTE R.

2

Case 2:24-cr-00229-PP *SEALED*   Filed 10/28/25   Page 2 of 12   Document 36
Case 2:24-cr-00229-PP-SCD   Filed 03/05/26   Page 2 of 12   Document 75

MCDONALD, a/k/a "Buck," DARIUS D. JARRETT, a/k/a "Debo," a/k/a "D-Bo," ███████████████ the amount of controlled substances involved in the conspiracy attributable to each defendant as a result of his or her own conduct, and the conduct of other conspirators reasonably foreseeable to him or her, includes 1000 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

4. With respect to defendant KAELA J. BUCHLI, the amount of controlled substances involved in the conspiracy attributable to the defendant as a result of her own conduct, and the conduct of other conspirators reasonably foreseeable to her, includes 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A), and 841(b)(1)(B).

3

Case 2:24-cr-00229-PP *SEALED*   Filed 10/28/25   Page 3 of 12   Document 36
Case 2:24-cr-00229-PP-SCD   Filed 03/05/26   Page 3 of 12   Document 75

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

1. On or about July 31, 2024, in the State and Eastern District of Wisconsin and elsewhere,

**DANTE R. MCDONALD,**
a/k/a "Buck,"

did attempt to knowingly and intentionally possess with intent to distribute a controlled substance.

2. The offense involved 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

4

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. On or about July 31, 2024, in the State and Eastern District of Wisconsin,

> **DANTE R. MCDONALD,**
> a/k/a "Buck,"
> **DARIUS D. JARRETT,**
> a/k/a "Debo,"
> a/k/a "D-Bo," and
>
> ███████████

did knowingly and intentionally possess with intent to distribute controlled substances.

2. The offense involved 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; and marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 841(b)(1)(D), and Title 18, United States Code, Section 2(a).

5

Case 2:24-cr-00229-PP *SEALED*   Filed 10/28/25   Page 5 of 12   Document 36
Case 2:24-cr-00229-PP-SCD   Filed 03/05/26   Page 5 of 12   Document 75

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 31, 2024, in the State and Eastern District of Wisconsin,

**DANTE R. MCDONALD,**
a/k/a "Buck,"

did knowingly possess firearms in furtherance of the drug trafficking crimes charged in Counts One, Two, and Three of this Superseding Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

6

Case 2:24-cr-00229-PP *SEALED*   Filed 10/28/25   Page 6 of 12   Document 36
Case 2:24-cr-00229-PP-SCD   Filed 03/05/26   Page 6 of 12   Document 75

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. On or about July 31, 2024, in the State and Eastern District of Wisconsin,

**DANTE R. MCDONALD,**
**a/k/a "Buck,"**

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms which, prior to his possession of them, had been transported in interstate and foreign commerce, the possession of which was therefore in and affecting commerce.

2. The firearms are more fully described as:

   a. a Taurus, 9mm handgun, bearing serial number TCU1754;

   b. a Jimenez Arms, 9mm handgun, bearing serial number 299554;

   c. a Smith & Wesson, Shield M2.0 model, 9mm handgun, bearing serial number NJR0618; and

   d. a Ruger, .22 caliber rifle, bearing serial number 0020-10159.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

7

Case 2:24-cr-00229-PP *SEALED*   Filed 10/28/25   Page 7 of 12   Document 36
Case 2:24-cr-00229-PP-SCD   Filed 03/05/26   Page 7 of 12   Document 75

## COUNT SIX

**THE GRAND JURY FURTHER CHARGES THAT:**

1. On or about July 31, 2024, in the State and Eastern District of Wisconsin,



knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate and foreign commerce, the possession of which was therefore in and affecting commerce.

2. The firearm is more fully described as a Kimber "Micro 9" 9mm pistol, bearing serial number PB0360913.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

8

Case 2:24-cr-00229-PP *SEALED*   Filed 10/28/25   Page 8 of 12   Document 36
Case 2:24-cr-00229-PP-SCD   Filed 03/05/26   Page 8 of 12   Document 75

## COUNT SEVEN

**THE GRAND JURY FURTHER CHARGES THAT:**

1. On or about August 8, 2024, in the State and Eastern District of Wisconsin and elsewhere,

 ▮

knowingly and intentionally possessed with intent to distribute a controlled substance.

2. The offense involved 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2(a).

9

Case 2:24-cr-00229-PP *SEALED* Filed 10/28/25 Page 9 of 12 Document 36
Case 2:24-cr-00229-PP-SCD Filed 03/05/26 Page 9 of 12 Document 75

## COUNT EIGHT

**THE GRAND JURY FURTHER CHARGES THAT:**

Beginning in or about January 2020, and continuing through on or about the date of this Superseding Indictment, in the State and Eastern District of Wisconsin and elsewhere,

**GEORGE WOODS,**
a/k/a "P,"
**DANTE R. MCDONALD,**
a/k/a "Buck,"
**CARLOS J. GARZA,**
a/k/a "Los," and

████████

knowingly and intentionally conspired with each other, and with other persons known and unknown to the Grand Jury, to transport, transmit, and transfer monetary instruments from a place in the United States to Mexico, with the intent to promote the carrying on of specified unlawful activity, namely, conspiracy to possess with intent to distribute cocaine, in violation of Title 18, United States Code, Section 1956(a)(2)(A).

In violation of Title 18, United States Code, Section 1956(h).

10

Case 2:24-cr-00229-PP *SEALED*   Filed 10/28/25   Page 10 of 12   Document 36
Case 2:24-cr-00229-PP-SCD   Filed 03/05/26   Page 10 of 12   Document 75

# FORFEITURE NOTICE

1. Upon conviction of the controlled substance offenses set forth in Counts One, Two, Three, and Seven of this Superseding Indictment, the defendants shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violations, including but not limited to, the following: a sum of money representing the amount of proceeds obtained as a result of the offenses.

2. Upon conviction of the money laundering offense in violation of Title 18, United States Code, Section 1956, as set forth in Count Eight of this Superseding Indictment, the defendants shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(1), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violation and any property involved in the offense, including but not limited to a sum of money equal to the value of the property involved in the offense.

3. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

4. Upon conviction of the offense in violation of Title 18, United States Code, Section 924(c) as set forth in Count Four of this Superseding Indictment or Title 18, United States Code,

11

Case 2:24-cr-00229-PP *SEALED*   Filed 10/28/25   Page 11 of 12   Document 36
Case 2:24-cr-00229-PP-SCD   Filed 03/05/26   Page 11 of 12   Document 75

Section 922(g)(1) as set forth in Count Five of this Superseding Indictment, the defendant, **DANTE R. MCDONALD, a/k/a "Buck,"** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the knowing violation of Sections 924(c) and/or 922(g)(1), including, but not limited to a Taurus, 9mm handgun, bearing serial number TCU1754; a Jimenez Arms, 9mm handgun, bearing serial number 299554; a Smith & Wesson, Shield M2.0 model, 9mm handgun, bearing serial number NJR0618; and a Ruger, .22 caliber rifle, bearing serial number 0020-10159.

5. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) as set forth in Count Six of this Superseding Indictment, the defendant, ███████ ███████ shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the knowing violation of Section 922(g)(1), including, but not limited to a Kimber "Micro 9" 9mm pistol, bearing serial number PB0360913.

A TRUE BILL:

███████████████

FOREPERSON

Date: 10-28-25

_____
RICHARD G. FROHLING
Acting United States Attorney

12

Case 2:24-cr-00229-PP *SEALED*   Filed 10/28/25   Page 12 of 12   Document 36
Case 2:24-cr-00229-PP-SCD   Filed 03/05/26   Page 12 of 12   Document 75